IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PAUL SAPUTO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:22-cv-0148-E |
| | § | |
| EXPERIAN INFORMATION SOLUTIONS, INC., | § | |
| | § | |
| Defendant. | § | |

# **ORDER**

Plaintiff Paul Saputo and Defendant Experian Information Solutions, Inc. advised the Court that they have settled their claims and are in the process of finalizing the settlement documents. The Court **ORDERS** Plaintiff and Defendant Experian to file dismissal papers by June 27, 2022, or if unable to do so, a joint status report.

The Court **VACATES** the Scheduling Order (Doc. 26). This case is administratively closed for statistical purposes without prejudice to being reopened to enter a judgment or order of dismissal or for further proceedings if the settlement is not consummated.

**SO ORDERED.**

Signed April 27, 2022.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE